# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Meijer Distribution, Inc.<br><br>　　　　　　　PLAINTIFF,<br><br>　　V.<br><br>United States　　DEFENDANT. | Court Number: 23-00061<br><br>**CUSTOMS CASE MANAGEMENT CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

　　　　　　　　　　　　　　　　　　　　Mario Toscano
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

Date: 4/1/2025　　　　　　　　　　　By:　/s/ Scott Warner
　　　　　　　　　　　　　　　　　　　　Deputy Clerk